**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 1:25-cv-25650-PCH**

CLOSED CIVIL CASE

GABRIEL BINZHA MONTERO,

Petitioner,

v.

ROGER MORRIS, in his official capacity as Acting Warden of the Miami Federal Detention Center; GARRET RIPA, in his official capacity as Miami Field Office Director, Immigration and Customs Enforcement's Enforcement and Removal Operations; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAMELA BONDI, in her official capacity as Attorney General; and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

Respondents.

_______________________________________/

**ORDER**

**THIS MATTER** is before the Court sua sponte. On February 18, 2026, the Court entered its Order Granting in Part Plaintiff's Petition for Writ of Habeas Corpus and Request for Order to Show Cause **[ECF No. 14]**. Having considered the record and the applicable law and being otherwise fully advised of the premises, it is

**ORDERED AND ADJUGED** that the Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this 14th day of October, 2026.



Paul C. Huck
United States District Judge

Copies provided to:
All counsel of record